**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00769-CV

## FOR THE BEST INTEREST AND PROTECTION OF E.M.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-14-01851**

## ORDER

We **GRANT** appellant's July 2, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than July 28, 2014. Because this is an accelerated appeal

from an order of commitment, no further extensions will be granted absent exigent

circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE